# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KENYARDA GRAHAM**                                                               **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO.:4:18-cv-004-DMB-JMV**

**CITY OF CLEVELAND, MISSISSIPPI;**
**CHIEF CHARLES BINGHAM, individually and in his official**
**capacity; BOLIVAR COUNTY, MISSISSIPPI;**
**SHERIFF KELVIN WILLIAMS, individually and in his official**
**capacity; and individually and in their official capacities, the**
**following officers: BRYAN BRACEY, DEMARCUS JOHNSON,**
**SANDRA LOMAX, RONNIE LIVINGSTON, LATOYA BARNES,**
**TIMOTHY SHAW; OLLIE HALL, MALCOLM WESLEY,**
**LADASTER GREEN, MOSE COUNTRYMAN, individually and**
**In their official capacities AND JOHNDOES 1-10, individually and**
**In their official capacities.**                               **DEFENDANTS**

## Notice of Voluntary Dismissal

Comes now, Kenyarda Graham, by and through his attorneys, and files this Notice of Voluntary Dismissal of Defendants Malcolm Wesley and Ladaster Green. Neither Defendant has has answered or filed any motion in this case. Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Malcolm Wesley and Ladaster Green without prejudice in this cause.

**RESPECTFULLY SUBMITTED** on this the 18th day of September, 2018.

                                               __/s/ Suzanne Keys_____
                                               **CRYSTAL WISE MARTIN, MSB # 10860**
                                               **SUZANNE KEYS, MSB # 5032**
                                               **PRECIOUS MARTIN, SR. & ASSOCIATES**
                                               821 North Congress Street
                                               Post Office Box 373
                                               Jackson, Mississippi 39205
                                               Telephone: (601) 944-1447
                                               Facsimile: (601) 944-1448

**BENNIE L. RICHARD, ESQ., MSB # 10473**
**RICHARD LAW FIRM, PLLC**
540 Main Street, Suite 401
Post Office Box 1404
Greenville, MS 38702-1404
Telephone: (662) 332-4040
Facsimile: (662) 378-5402
Email: bennie.richard@richard-law.com
**Attorneys for Plaintiff**s