# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KENYARDA GRAHAM**                                                            **PLAINTIFF**

**V.**                             **CIVIL ACTION NO.:4:18-cv-004-DMB-JMV**

**CITY OF CLEVELAND, MISSISSIPPI;**
**CHIEF CHARLES BINGHAM, individually and in his official**
**capacity; BOLIVAR COUNTY, MISSISSIPPI;**
**SHERIFF KELVIN WILLIAMS, individually and in his official**
**capacity; and individually and in their official capacities, the**
**following officers: BRYAN BRACEY, DEMARCUS JOHNSON,**
**SANDRA LOMAX, RONNIE LIVINGSTON, LATOYA BARNES,**
**TIMOTHY SHAW; OLLIE HALL, MALCOLM WESLEY,**
**LADASTER GREEN, MOSE COUNTRYMAN, individually and**
**In their official capacities AND JOHNDOES 1-10, individually and**
**In their official capacities.**                          **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Suzanne Keys, do hereby certify that I have provided via ECF a true and correct copy of

the Notice of Voluntary Dismissal filed yesterday (September 18, 2018) to all parties of record.

    Daniel Griffith
    Jamie Jacks
        Counsel for City of Cleveland and City Defendants

    Sidney Ray Hill III
        Counsel for County Defendants

**THIS**, the 19th day of September, 2018.

                                                                   __/s/ Suzanne Keys_____