IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENYARDA GRAHAM                                             PLAINTIFF

VS.                          CIVIL ACTION NO.: 4:18CV00004-DMB-JMV

BOLIVAR COUNTY, MISSISSIPPI, ET AL.                      DEFENDANTS

## ORDER

BEFORE THE COURT is Plaintiff's unopposed motion for substitution of party. For good cause shown and based on the June 18, 2019, Decree of the Chancery Court of Bolivar County, Mississippi, appointing general guardian for Kenyarda Graham, *see* attached,

IT IS ORDERED that the motion is GRANTED, and **Kenyarda Graham by and through his General Guardian, Jacqualine Whitfield**, is hereby substituted in the place of Kenyarda Graham as plaintiff herein. The Clerk shall forthwith make the appropriate change to the record.

SO ORDERED this 1st day of July, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE