# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KENYARDA GRAHAM** by and through his                                      **PLAINTIFF**
General Guardian Jacqualine Whitfield

**v.**                                                      **CAUSE NO.: 4:18cv04-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; et al**                                          **DEFENDANTS**

## AGREED ORDER EXTENDING EXPERT DESIGNATION DEADLINES

**UPON** consideration of Defendant Haywood's [97] Motion to extend Defendants' expert designation deadline, the Court finds that the motion should be granted pursuant to the following limitations:

1. Plaintiff's deadline to provide new expert opinions in compliance with Fed. R. Civ. P. 26(a)(2)(B) from his previously disclosed expert(s) related to newly obtained and/or supplemental medical records shall be **January 14, 2020**.

2. Defendants' deadline to provide new expert opinions in compliance with Fed. R. Civ. P. 26(a)(2)(B) from their previously disclosed expert(s) related to newly obtained and/or supplemental medical records shall be **January 31, 2020**. Defendant Haywood's deadline to designate herself as an expert in compliance with Fed. R. Civ. P. 26(a)(2)(C) shall be **January 31, 2020**.

**SO ORDERED,** this the 13th day of January, 2020.

                                                          /s/ Jane M. Virden
                                                          **U.S. MAGISTRATE JUDGE**

**AGREED AS TO FORM:**

*Charles R. Mullins*
Charles R. Mullins, Esq. (chuckm@coxwelllaw.com)
COXWELL & ASSOCIATES

Rafael R. Green, Esq. (rafael@gglegalgroup.com)
GILMER & GREEN LEGAL GROUP, PLLC
***Counsel for Plaintiff***

*S. Ray Hill*
S. Ray Hill, III, Esq. (rhill@claytonodonnell.com)
CLAYTON O'DONNELL, PLLC
***Counsel for Bolivar County Defendants***

*Jason E. Dare*
Jason E. Dare, Esq. (jdare@pbhfirm.com)
PETTIS, BARFIELD & HESTER, P.A.
***Counsel for Defendant Haywood***