# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KENYARDA GRAHAM by and through his**     **PLAINTIFF**
**General Guardian Jacqualine Whitfield**

**v.**     **CAUSE NO.: 4:18cv04-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; et al**     **DEFENDANTS**
_____

## AGREED ORDER STAYING CASE
_____

All parties having agreed to and announced to the Court a resolution of this case and the Court being desirous that this matter, including any and all active deadlines, be stayed pending the parties meeting various conditions to the resolution,

**IT IS, THEREFORE, ORDERED** that this cause of action, including any and all active deadlines, are hereby stayed for a period of 45 days from the entry of this order. The parties shall either advise the Court in writing of any need to extend this stay order or shall file a stipulation of dismissal with the Court on or before the expiration of the 45-day stay period.

**SO ORDERED,** this the 16th day of March, 2020.

                                           /s/ Jane M. Virden
                                           **UNITED STATES MAGISTRATE JUDGE**

**AGREED AS TO FORM:**

 /s/ *Charles R. Mullins*
Charles R. Mullins (MB# 9821)
COXWELL & ASSOCIATES
chuckm@coxwelllaw.com

Rafael R. Green (MB#104715)
GILMER & GREEN LEGAL GROUP, PLLC
rafael@gglegalgroup.com
***Counsel for Plaintiff***

 /s/ *S. Ray Hill*
S. Ray Hill, III (MB# 100088)
CLAYTON O'DONNELL, PLLC
rhill@claytonodonnell.com
***Counsel for Defendants – Bolivar County, Williams, Barnes, Shaw, Hall, & Countryman***

 /s/ *Jason E. Dare*
Jason E. Dare (MB# 100973)
BIGGS, PETTIS, INGRAM & SOLOP, PLLC
jdare@bpislaw.com
***Counsel for Defendant Haywood***