# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# NOTICE

**KENYARDA GRAHAM, BY AND THROUGH HIS**
**GENERAL GUARDIAN, JACQUALINE WHITFIELD**      **PLAINTIFF**

**VS.**      **CIVIL CAUSE NO.: 4:18-cv-4-DMB-JMV**

**CITY OF CLEVELAND, MISSISSIPPI,** *ET AL.*      **DEFENDANTS**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

*Place*

U.S. FEDERAL BUILDING
305 Main Street
Greenville, MS   38701

*Room No.*

**TELEPHONIC**

*Date and Time*

**JUNE 22, 2020**
**2:00 P. M.**

*Type of Proceeding*

## STATUS CONFERENCE
## BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**CALL-IN INFORMATION WILL BE PROVIDED VIA EMAIL**

**DAVID CREWS, Clerk of Court**

By:    /s/ *Itonia R. Williams*
        Courtroom Deputy Clerk

DATE:  June 17, 2020

**IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214.
OR VIA EMAIL AT itonia_williams@msnd.uscourts.gov.**