# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KENYARDA GRAHAM by and through his**                                **PLAINTIFF**
**General Guardian Jacqualine Whitfield**

**v.**                                               **CAUSE NO.: 4:18cv04-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; et al**                                    **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME**, Kenyarda Graham by and through his General Guardian Jacqualine Whitfield ("Plaintiff"), acting through his undersigned counsel of record, and Bolivar County, Mississippi, Sheriff Kelvin Williams, Latoya Barnes, Timothy Shaw, Ollie Hall, Mose Countryman, and Gale Haywood, ("Defendants"), acting through their undersigned counsel of record, together as the sole remaining parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(ii), that the suit styled *Kenyarda Graham by and through his General Guardian Jacqualine Whitfield v. Bolivar County, Mississippi et al.*, bearing cause number 4:18cv04-DMB-JMV, including any and all claims which were or might have been encompassed therein against the Defendants, are hereby dismissed with prejudice, with each party to bear their respective attorneys' fees, costs and expenses.

**SO STIPULATED,** this the 30th day of June, 2020.

 /s/ Rafael R. Green
Charles R. Mullins (MB# 9821)
COXWELL & ASSOCIATES
chuckm@coxwelllaw.com

Rafael R. Green (MB#104715)
GILMER & GREEN LEGAL GROUP, PLLC
rafael@gglegalgroup.com
***Counsel for Plaintiff***

 /s/ S. Ray Hill
S. Ray Hill, III (MB# 100088)
CLAYTON O'DONNELL, PLLC
rhill@claytonodonnell.com
***Counsel for Defendants – Bolivar County, Williams, Barnes, Shaw, Hall, & Countryman***

<u>/s/ Jason E. Dare</u>
Jason E. Dare (MB# 100973)
BIGGS, PETTIS, INGRAM & SOLOP, PLLC
jdare@bpislaw.com
***Counsel for Defendant Haywood***