**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**NOTICE OF CANCELLATION**

**KENYARDA GRAHAM**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:18cv4-DMB-JMV**

**CITY OF CLEVELAND, MISSISSIPPI,** *ET AL.*                **DEFENDANTS**

  **TAKE NOTICE** that a proceeding in this case has been **CANCELLED** for the date, time and place set forth below:

| *Place* | *Room No.* |
|---|---|
| U.S. FEDERAL BUILDING<br>305 Main Street<br>Greenville, MS   38701 | **TELEPHONIC** |
| | *Date and Time* |
| | **JULY 9, 2020**<br>**2:00 P.M.** |

*Type of Proceeding*

**STATUS CONFERENCE CANCELLED**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

**DAVID CREWS, Clerk of Court**

By:   /s/*Itonia R. Williams*
    Courtroom Deputy Clerk

Date:   July 1, 2020