**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENYARDA GRAHAM** by and through    **PLAINTIFF**
his General Guardian Jacqualine Whitfield

**V.**                                                                   **NO. 4:18-CV-4-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI; et al.**                **DEFENDANTS**

## ORDER CLOSING CASE

On June 30, 2020, the parties filed a "Stipulation of Dismissal with Prejudice," signed on behalf of all parties who have appeared in this case, stipulating that "any and all claims which were or might have been encompassed therein against the Defendants, are hereby dismissed with prejudice." Doc. #142. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 1st day of July, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**